IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALFREDO CRESPO, SR., as Special Administrator of the Estate of ALFREDO CRESPO, JR., deceased and ELVIS SILVA<br><br>Plaintiff,<br><br>v.<br><br>CIRCLE FAMILY HEALTHCARE NETWORK, INC., and JOSIP PASIC, M.D.<br><br>Defendants. | Case No. 1:17-cv-06108 |

## DEFENDANT'S UNCONTESTED MOTION TO DISMISS CASE

NOW COMES the Defendant, CIRCLE FAMILY HEALTHCARE NETWORK, INC., (hereinafter "CIRCLE FAMILY") by and through its attorneys, BARKER & CASTRO, LLC, and hereby requests that this Honorable Court enter an order dismissing the present federal case and remanding the case back to Cook County Circuit Court, Law Division and, in support thereof, states as follows:

1. On August 22, 2017, Defendant CIRCLE FAMILY filed its Notice of Removal in the Northern District of Illinois. See Defendant's Notice of Removal, attached hereto as Exhibit A. The case was assigned case number 1:14-cv-06108.

2. Defendant requests that this federal case be dismissed and that the case be remanded to state court for further proceedings. Plaintiffs have no objection to this Motion.

WHEREFORE, Defendant, CIRCLE FAMILY HEALTHCARE NETWORK, INC., respectfully requests that this Honorable Court enter an order remanding this case to Cook County Circuit Court, Law Division and for any other relief deemed appropriate.

1

Respectfully Submitted,

/s/ Chad M. Castro
Attorney for Defendant
Circle Family Healthcare Network, Inc.

Chad M. Castro
Jennifer M. Suttle
**BARKER & CASTRO, LLC**
115 South LaSalle Street, Suite 2900
Chicago, Illinois 60603
(312) 855-9300
Firm I.D. 43126

## **CERTIFICATE OF SERVICE**

I, David Kalimuthu, an attorney, hereby certify that on August 29, 2017, he caused a true and correct copy of the foregoing *Defendant's Uncontested Motion to Dismiss Case* to be served via U.S. Mail and facsimile to counsel at the addresses below:

Harman & Fedick, Ltd.
221 N. LaSalle St., Ste. 2150
Chicago, IL 60601

Balac Law Group
70 W. Madison, Ste. 5750
Chicago, IL 60602

                                                                         /s/ David Kalimuthu
                                                                            David Kalimuthu