IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALFREDO CRESPO, SR., as Special Administrator of the Estate of ALFREDO CRESPO, JR., deceased and ELVIS SILVA <br>                   Plaintiff, <br> v. <br><br> CIRCLE FAMILY HEALTHCARE NETWORK, INC., And JOSIP PASIC, M.D. <br><br>                   Defendants. | Case No. 1:17-cv-6108 |

## NOTICE OF MOTION

TO:    Harmend & Fedrick                  Balac Law Group
        221 N. LaSalle St.                    70 W. Madison
        Suite 2150                                Suite 5750
        Chicago, IL 60601                Chicago, IL 60602

       On **September 6, 2017** at **9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Thomas M. Durkin or any judge sitting in her stead, in the courtroom usually occupied by him in **Room 1441**, Everett McKinley Dirksen US Courthouse and present the attached **DEFENDANT'S UNCONTESTED MOTION TO DISMISS**, a copy of which is attached hereto and hereby served upon you.

**BARKER & CASTRO, LLC**
115 South LaSalle Street - Suite 2900
Chicago, Illinois 60603
(312) 855-9300
Attorney for Defendant, Circle Family Healthcare Network, Inc.
Firm I.D.# 43126
ccastro@bclawllc.com
dkalimuthu@bclawllc.com

## PROOF OF SERVICE

       I, Denise M. Cannon, a non-attorney, on oath state that I served this notice and accompanying documents by facsimile and by mailing a copy therof in a properly addressed and sealed envelope and depositing the same in the U.S. Mail located at 115 South LaSalle Street, Chicago, Illinois 60603, before 4:30 p.m. on August 29, 2017.

                                                                                   _/s/ Denise M. Cannon_

[X] Under penalties as provided by law pursuant to Ill.Rev.Stat. Ch. 110, 1-109, I certify that the statements set forth herein are true and correct.