### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Alfredo Crespo, Sr. | ) | Case No: 17 C 6108 |
| v. | ) | Judge: Thomas M. Durkin |
| Circle Family Healthcare Network, Inc., et al | ) | |

### ORDER

Defendant's uncontested motion to remand [6] is granted. This action is ordered remanded to the Circuit Court of Cook County. No appearance is required on 9/6/2017. The Clerk is directed remand this action forthwith.

Date: 8/30/2017                                    /s/ Thomas M. Durkin