

**Thomas G. Bruton**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5670

August 30, 2017

Clerk, Attention: Dorothy Brown
Circuit Court of Cook County
Richard J. Daley Center
50 W Washington Street
Chicago, IL  60602

Re: Crespo, Sr. et al v. Circle Family Healthcare Network, Inc. et al
USDC No:   17 C 6108

Circuit Court No:   2013 L 1619

Dear Clerk:

A certified copy of an order entered on 8/30/2017 by the Honorable Thomas M. Durkin, remanding the above-entitled case back to the Circuit Court of Cook County, Illinois is herewith transmitted to you for your files.

Sincerely yours,

**Thomas G. Bruton, Clerk**

By:     /s/ Amanda Scherer
          Deputy Clerk